```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RIVER LIGHT V, L.P., et al.,                                :
                                    Plaintiffs,             :
                                                            :         20 Civ. 7088 (LGS)
            -against-                                       :
                                                            :         ORDER
OLEM SHOE CORP.,                                            :
                                    Defendant.              :
------------------------------------------------------------X
```

WHEREAS, on April 26, 2021, a Third Amended CMP was issued directing the parties to file "joint status letters, as outlined in Individual Rule IV.A.2, on April 22, 2021[,] and every 30 days thereafter." Dkt. No. 47 at ¶ 13(d).

WHEREAS, a joint status letter was due by May 22, 2021.

WHEREAS, that status letter has not been filed. It is hereby

**ORDERED** that, by **May 27, 2021**, the parties shall file a joint status letter. The next status letter shall be filed by **June 22, 2021**.

Dated: May 24, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**