UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RIVER LIGHT V, L.P., et al.,

                Plaintiffs,

-against-

OLEM SHOE CORP.,

                Defendant.
------------------------------------------------------------X

20 Civ. 7088 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the First Amended CMP scheduled a pre-motion conference on July 8, 2021, at 10:30 A.M. Dkt. No. 29.

WHEREAS, the CMP has since been amended and a new date has been set for the pre-motion conference. *See* Dkt. No. 47. It is hereby

**ORDERED** that, the pre-motion conference on July 8, 2021, is canceled.

Dated: June 30, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE