UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIVER LIGHT V, L.P., et al.,

                 Plaintiff,

-against-

   20 Civ. 7088 (LGS)

   ORDER

OLEM SHOE CORP.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the pre-motion conferenced is scheduled for August 5, 2021, at 10:30 A.M. It is hereby

      **ORDERED** that the conference scheduled for August 5, 2021, at 10:30 A.M., is rescheduled to **August 5, 2021, at 11:10 A.M.** The parties shall call (888) 353-4749 and use Access Code 558-3333.

Dated: August 4, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE