UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RIVER LIGHT V, L.P., et al.,                                :
                              Plaintiffs,                   :
                                                            :       20 Civ. 7088 (LGS)
              -against-                                     :
                                                            :       ORDER
OLEM SHOE CORP.,                                            :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference in this matter is scheduled for September 23, 2021, at 11:30 a.m.  It is hereby

    **ORDERED** that the conference is rescheduled to **September 23, 2021, at 11:00 a.m.**

The parties shall use the following conference call line: 888-363-4749; access code: 558-3333.

Dated:  September 22, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE