```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RIVER LIGHT V, L.P., et al.,                                :
                              Plaintiffs,                   :
                                                            :        20 Civ. 7088 (LGS)
                -against-                                   :
                                                            :        SCHEDULING ORDER
OLEM SHOE CORP.,                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

A conference having been held before the Court on September 23, 2021, and the parties having stated their intentions to file cross-motions for summary judgment, it is hereby

**ORDERED** that Plaintiff's motion to dismiss Defendant's First Counterclaim (Dkt. No. 73) is DENIED without prejudice.  It is further

**ORDERED** that the parties' applications for a pre-motion conference for summary judgment (Dkt. Nos. 76, 77) are GRANTED.  It is further

**ORDERED** that Defendant shall file any motion for summary judgment, not to exceed thirty (30) pages, by October 28, 2021.  Plaintiffs shall file their opposition and cross-motion for summary judgment, not to exceed forty-five (45) pages, by December 2, 2021. Defendant shall file its reply and opposition to Plaintiff's cross-motion for summary judgment, not to exceed thirty (30) pages, by December 22, 2021.  Plaintiffs shall file their reply in support of their cross-motion, not to exceed fifteen (15) pages, by January 7, 2022.  It is further

**ORDERED** that, notwithstanding the aforementioned page allocation, the parties may reallocate the page numbers as they deem appropriate, so long as no party exceeds sixty (60) pages of briefing in total.  It is further

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules and Emergency Individual Rules in filing their motions and supporting papers.

The Clerk of Court is respectfully directed to close the motions at Docket Numbers 73, 76 and 77.

Dated: September 23, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**