UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

Defendant shall file a response, not to exceed six pages, by **October 21, 2022**.

Dated: October 18, 2022
New York, New York

| | |
|---|---|
| RIVER LIGHT V, L.P. and TORY BURCH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OLEM SHOE CORP.,<br><br>Defendant. | C.A. No. 1:20-cv-07088-LGS |

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, pursuant to Local Rule 6.3, and upon the accompanying Memorandum of Law and exhibit, Plaintiffs River Light V, L.P. and Tory Burch LLC hereby move this Court before the Honorable Lorna G. Schofield, at the United States District Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an order granting Tory Burch's motion to reconsider a limited portion of the Court's September 27, 2022 Opinion and Order (Dkt. 235), specifically its order granting summary judgment on Tory Burch's Seventh Claim for Relief.

1

2

Dated: October 11, 2022     Respectfully submitted,

By: /s/ Natalie L. Arbaugh
   Natalie L. Arbaugh
   *Admitted Pro Hac Vice*
   NArbaugh@winston.com
   WINSTON & STRAWN LLP
   2121 North Pearl Street, Suite 900
   Dallas, TX 75201
   (214) 453-6421 Main
   (214) 453-6400 Fax

**ATTORNEY FOR PLAINTIFFS
RIVER LIGHT V, L.P. and
TORY BURCH LLC**