

North America  Europe  Asia

2121 N. Pearl Street
Suite 900
Dallas, TX 75201
T +1 214 453 6500
F +1 214 453 6400

**NATALIE L. ARBAUGH**
(214) 453-6421
NArbaugh@winston.com

March 24, 2023

Application **GRANTED**. The deadline for the parties to file the joint requests to charge, voir dire and verdict form is extended to **March 31, 2023**. The deadline to file the final pretrial order is extended to **April 5, 2023**.

Dated: March 24, 2023
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>
Hon. Lorna G. Schofield
U.S.D.C. - Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *River Light V, L.P., et al. v. Olem Shoe Corp.* **(1:20-cv-07088-LGS)**
**Joint Request for Extension to Deadline for Submission of Jury Instructions, Verdict Form, and** *Voir Dire*

Dear Judge Schofield:

I represent Plaintiffs River Light V, L.P. and Tory Burch LLC ("Tory Burch") and on behalf of both parties, in accordance with Your Honor's Individual Rules and Procedures in Civil Cases I.B.2, we file this Letter Motion respectfully requesting an extension of time to file the joint requests to charge, *voir dire*, and the verdict form, which are currently due March 27, 2023. Dkt. 238. We request a four-day extension of that due date to Friday, March 31, 2023. Defendant Olem Shoe Corp. consents to and joins this request. The requested extension does not affect any other scheduled pretrial dates. This is the first request for adjournment or extension of time for this due date in connection with the currently scheduled trial date of May 8.[1]

Counsel for Tory Burch and Olem have been communicating diligently to see if they can reach agreement in these proposed instructions and questions, and the extension would assist the Parties in reaching more joint requests. Further, the Parties are working on narrowing the issues for trial, as the Parties' recent stipulation dismissing certain claims shows. *See* Dkts. 311 & 312. An extension would allow the Parties to continue that effort, as narrowing these issues would necessarily affect the jury charge and related filings. This extension, therefore, would avoid unnecessary expense and inefficiency in drafting and reviewing potentially unusable instructions and questions.

Respectfully,

*/s/ Natalie L. Arbaugh*
Natalie L. Arbaugh
*Admitted Pro Hac Vice*
NArbaugh@winston.com
Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

---

[1] Previously, the Parties sought an adjournment of the trial date and related deadlines, and that request was denied.



Page 2

(214) 453-6421 Main
(214) 453-6400 Fax

*ATTORNEY FOR PLAINTIFFS*
*RIVER LIGHT V, L.P. and*
*TORY BURCH LLC*

cc:   All Counsel of Record (via ECF)