North America   Europe   Asia

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2121 N. Pearl Street
Suite 900
Dallas, TX 75201
T +1 214 453 6500
F +1 214 453 6400

**NATALIE L. ARBAUGH**
(214) 453-6421
NArbaugh@winston.com

March 25, 2023

**VIA ECF**
Hon. Lorna G. Schofield
U.S.D.C. - Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**.  The deadline to file the materials referenced herein is extended to **May 1, 2023**.

Dated: March 28, 2023
       New York, New York

Re:   *River Light V, L.P., et al. v. Olem Shoe Corp.* **(1:20-cv-07088-LGS)**
      **Joint Request for Extension to Deadline for Submission of Demonstrative List**

Dear Judge Schofield:

   I represent Plaintiffs River Light V, L.P. and Tory Burch LLC ("Tory Burch") and on behalf of both parties, in accordance with Your Honor's Individual Rules and Procedures in Civil Cases I.B.2, we file this Letter Motion respectfully requesting an extension of time to file "[a] list of all proposed . . . demonstrative aids for each party's case in chief, marked with one star for no authenticity objection and two stars for no objections at all," which is currently due April 5, 2023. Dkt. 314; Individual Rules IV.B.2.h. We request an extension of that due date to Monday, May 1, 2023. Defendant Olem Shoe Corp. consents to and joins this request. The requested extension does not affect any other scheduled pretrial dates. This is the first request for adjournment or extension of time for this due date in connection with the currently scheduled trial date of May 8.[1]

   Counsel for Tory Burch and Olem have been communicating diligently regarding exhibits and objections thereto, but believe that they will need additional time to compile and exchange their demonstrative aids for trial, which the Parties expect to work on and revise closer to trial. The Parties thus respectfully request an extension of the deadline from April 5 to May 1, 2023, for the final lists of demonstrative aids and any objections.  The Parties still would submit to the Court all other items required by the Court's current order by the April 5 pretrial deadline, including non-demonstrative exhibits, and they are not requesting an extension for those items.

   The Parties will meet and confer in advance of the May 1, 2023 filing deadline in an effort to resolve any disputes over the demonstrative aid list.

   The Parties thank the Court for its consideration of this request.

Respectfully,

*/s/ Natalie L. Arbaugh*

---

[1] Previously, the Parties sought an adjournment of the trial date and related deadlines, and that request was denied.



Page 2

        Natalie L. Arbaugh
        *Admitted Pro Hac Vice*
        NArbaugh@winston.com
        Winston & Strawn LLP
        2121 North Pearl Street, Suite 900
        Dallas, TX 75201
        (214) 453-6421 Main
        (214) 453-6400 Fax

        *ATTORNEY FOR PLAINTIFFS*
        *RIVER LIGHT V, L.P. and*
        *TORY BURCH LLC*

cc:    All Counsel of Record (via ECF)